25301. LASETER v. THE STATE.

MacINTYRE, J. The defendant was convicted of possessing intoxicating liquor. His motion for a new trial, based solely on the general grounds, was overruled, and he excepted. *Held:*

1. The evidence supported the verdict.

262

2. Although the evidence of the witnesses for the State contained contradictions, there was no abuse of discretion in denying a new trial. *Clemons* v. *State*, 159 *Ga.* 425 (125 S. E. 800).

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED DECEMBER 13, 1935.

*Williams & Freeman,* for plaintiff in error.
*Frank B. Willingham, solicitor-general,* contra.

